No. 01–7818. THIAM v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–7820. JONES v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–7823. MACK ET AL. v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 01–7825. MCELROY v. CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY. C. A. 9th Cir. Certiorari denied.

No. 01–7831. CAMPBELL, AKA LEE v. PETERS ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–7843. THOMAS v. COMSTOCK ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–7844. MORENO v. METHODIST HOSPITALS, INC. C. A. 7th Cir. Certiorari denied.

No. 01–7845. JONES v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–7852. WENGER v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–7853. KOSSIE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–7859. FLANNIGAN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–7865. PETRUS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–7866. HINSON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 01–7867. HILL v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.